**JUDGE DANIELS**

**05 CV 2210**

JJO    CLOSED

```
                U.S. District Court
        Southern District of Florida (Miami)

         CIVIL DOCKET FOR CASE #: 04-CV-22927

Guimaraes v. Speiser Krause Nolan              Filed: 11/19/04
Assigned to: Judge James Lawrence King    Jury demand: Plaintiff
Demand: $0,000                             Nature of Suit: 190
Lead Docket: None                          Jurisdiction: Diversity
Dkt# in other court: None

Cause: 28:1332 Diversity-Contract Dispute


RENATO GUIMARAES, JR.            Richard E. Berman
      plaintiff                  FTS 735-3636
                                 [COR LD NTC]
                                 Jose R. Riguera
                                 FTS 735-3636
                                 954-735-0000
                                 [COR LD NTC]
                                 Elena Wildermuth
                                 FTS 735-3636
                                 [COR LD NTC]
                                 Berman Kean & Riguera
                                 2101 W Commercial Boulevard
                                 Suite 2800
                                 Fort Lauderdale, FL 33309
                                 954-735-0000

    v.


SPEISER, KRAUSE, NOLAN &         Lincoln J. Connolly
GRANITO                          [COR LD NTC]
fka                              Rossman Baumberger Reboso &
Speiser, Krause, Madole & Lear   Spier
      defendant                  44 W Flagler Street
                                 23rd Floor
                                 Miami, FL 33130-1808
                                 305-373-0708
```

Docket as of February 10, 2005 8:27 am                Page 1    NON-PUBLIC

```
INTERNAL USE ONLY: Proceedings include all events.                        JJC
1:04cv22927 Guimaraes v. Speiser Krause Nolan                          CLOSED

11/19/04   1    COMPLAINT filed; FILING FEE $150.00  RECEIPT # 911046 ;
                Magistrate Judge O'Sullivan (dg) [Entry date 11/22/04]

11/19/04   2    SUMMONS(ES) issued for Speiser Krause Nolan (dg)
                [Entry date 11/22/04]

11/22/04   3    SCHEDULING ORDER setting Jury Trial set for 9:30 10/24/05
                Calendar call set for 2:00 10/20/05 Discovery cutoff
                6/29/05 ; Pretrial conference for 9:15 9/2/05 ; Deadline
                for filing of all motions by 7/5/05 ( Signed by Judge James
                Lawrence King on 11/22/04) [EOD Date: 11/23/04]   CCAP (sk)
                [Entry date 11/23/04]

11/23/04   --   Additional Parties and/or Attorneys for Speiser Krause
                Nolan () Selected for Service of (sk)

12/3/04    4    AMENDED COMPLAINT by Renato Guimaraes Jr. , (Answer due
                12/13/04 for Speiser Krause Nolan ) amending [1-1]
                complaint (sk) [Entry date 12/07/04]

1/5/05     5    RETURN OF SERVICE executed for Speiser Krause Nolan on
                12/22/04 Answer due on 1/11/05 for Speiser Krause Nolan (aj)
                [Entry date 01/06/05]

1/6/05     6    NOTICE of Change of Address of Attorney by Renato Guimaraes
                Jr. (vp) [Entry date 01/07/05]

1/10/05    7    MOTION by Speiser Krause Nolan (Attorney Lincoln J.
                Connolly) to transfer case to USDC SDNY, or to dismiss
                case for lack of personal jurisdiction, or for improper
                venue (sk) [Entry date 01/11/05]

1/12/05    8    Notice of filing LEAR AFFIDAVIT by Speiser Krause Nolan Re:
                [7-1] motion to transfer case to USDC SDNY, [7-2] motion to
                dismiss case for lack of personal jurisdiction, [7-3]
                motion for improper venue (sk) [Entry date 01/13/05]

1/28/05    9    FINAL ORDER transferring case to the USDC SDNY granting
                [7-1] motion to transfer case to USDC SDNY, granting [7-2]
                motion to dismiss case for lack of personal jurisdiction,
                granting [7-3] motion for improper venue ( Signed by Judge
                James Lawrence King on 1/28/05) [EOD Date: 1/31/05] (sk)
                [Entry date 01/31/05]

1/28/05    --   CASE CLOSED. Case and Motions no longer referred to
                Magistrate. (ok) [Entry date 01/31/05]

1/31/05    10   UNOPPOSED MOTION by Renato Guimaraes Jr. (Attorney Elena
                Wildermuth) to extend time to respond to defendant's
                motion to transfer or motion to dismiss (tb)
                [Entry date 02/01/05]


Docket as of February 10, 2005 8:27 am               Page 2    NON-PUBLIC
```

```
INTERNAL USE ONLY: Proceedings include all events.                          JJO
1:04cv22927 Guimaraes v. Speiser Krause Nolan                         CLOSED

 2/1/05    11      MOTION by Renato Guimaraes Jr. (Attorney ) for
                   reconsideration of [9-2] FINAL ORDER transferring case to
                   the USDC SDNY (sk)

 2/3/05    12      ORDER denying [11-1] motion for reconsideration of [9-2]
                   FINAL ORDER transferring case to the USDC SDNY, denying
                   [10-1] motion to extend time to respond to defendant's
                   motion to transfer or motion to dismiss ( Signed by Judge
                   James Lawrence King on 2/03/05) [EOD Date: 2/4/05] (sk)
                   [Entry date 02/04/05]

 2/10/05   13      TRANSMITTAL letter with: court file, certifed copies of the
                   docket sheet and order of transfer Sent to: USDC SDNY (sk)
```

Certified to be a true and correct copy of the document on file
Clarence Maddox - Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 2/10/05