USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

RENATO GUIMARAES,   :

         Plaintiff,   :   <u>ORDER</u>

    - against -   :   05 Civ. 2210 (GBD)
                                   04 Civ. 7976 (DC)

SPEISER, KRAUSE, NOLAN & GRANITO, P.C.,   :

         Defendant.   :

- - - - - - - - - - - - - - - - - -x

**CHIN, D.J.**

    This case was recently transferred from the United States District Court for the Southern District of Florida and assigned to Judge Daniels. It is currently being transferred to me as related to <u>Minitti v. Speiser, Krause, Nolan & Granito, P.C.</u>, 04 Civ. 7976.

    The time to answer in <u>Guimaraes v. Speiser, Krause, Nolan & Granito, P.C.</u>, 05 Civ. 2210, is hereby extended until April 4, 2005. The pre-trial conference in <u>Minitti v. Speiser, Krause, Nolan & Granito, P.C.</u>, 04 Civ. 7976, scheduled for March 11, 2005, is adjourned until April 15, 2005 at 10 a.m. Counsel for the parties in both cases shall appear at the conference.

    SO ORDERED.

Dated:    New York, New York
           March 8, 2005

                                        DENNY CHIN
                                        United States District Judge