UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RENATO GUIMARAES, JR.,                               Case No. 05-CV-2210(DC)

               Plaintiff,

      -against-                                       **Rule 7.1 Statement**

SPEISER, KRAUSE, NOLAN & GRANITO,
a professional corporation, f/k/a SPEISER,
KRAUSE, MADOLE & LEAR, a professional
corporation,
              Defendant.
------------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Speiser, Krause, Nolan & Granito, (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
       April 1, 2005

                                         William J. Apuzzo (WA-1312)
                                         Attorney for Defendant
                                         800 Third Avenue - Suite 800
                                         New York, NY 10022
                                         (212) 297-0885