USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

DR. WANDERLEY MINITTI,             :

            Plaintiff,      :      **ORDER**

     - against -                  :      04 Civ. 7976 (DC)

SPEISER, KRAUSE, NOLAN & GRANITO,  :
P.C.,
                               :
            Defendant.
                               :
- - - - - - - - - - - - - - - - - -x

RENATO GUIMARAES,                  :

            Plaintiff,      :

     - against -                  :      05 Civ. 2210 (DC)

SPEISER, KRAUSE, NOLAN & GRANITO,  :
P.C.,
                               :
            Defendant.
                               :
- - - - - - - - - - - - - - - - - -x

**CHIN, D.J.**

       It is HEREBY ORDERED as follows:

       (1) Pellegrini & Associates, LLC is granted permission to withdraw as counsel for Dr. Minitti after his deposition is completed;

       (2) Dr. Minitti will be deposed in the next ten days on a mutually convenient date, at a time and place to be set by the parties;

       (3) following Dr. Minitti's deposition, all proceedings in the <u>Minitti</u> case are stayed for thirty days to allow Dr. Minitti an opportunity to obtain new counsel; if he fails to

obtain new counsel in that period, he will be required to proceed pro se;

(4) defendant may depose Mr. Guimaraes for an additional two hours on a mutually convenient date; Mr. Guimaraes is instructed at the continuation of his deposition to answer only the questions put to him and to give clear and succinct answers, without volunteering unresponsive information;

(5) all discovery, fact and expert, is to be completed by March 3, 2006, with a pre-trial conference to be held on that day at 10:30 am.

SO ORDERED.

Dated:   New York, New York
         November 10, 2005

_____
DENNY CHIN
United States District Judge