UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DR. WANDERLEY MINITTI,                                       :
                                                            :
                              Plaintiff,                     :
                                                            :        **ORDER OF REFERENCE**
         - against -                                         :        **TO A MAGISTRATE JUDGE**
                                                            :
SPEISER, KRAUSE, NOLAN & GRANITO, P.C.,                      :        04 Civ. 7976 (DC)(RLE)
                                                            :
                              Defendant.                     :
                                                            :
------------------------------------------------------------X
                                                            :
RENATO GUIMARAES,                                            :
                                                            :
                              Plaintiff,                     :        05 Civ. 2210 (DC)
                                                            :
         - against -                                         :
                                                            :
SPEISER, KRAUSE, NOLAN & GRANITO, P.C.,                      :
                                                            :
                              Defendant.                     :
                                                            :
------------------------------------------------------------X

The above entitled actions are referred to Magistrate Judge Ellis for the following purpose:

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| _____ _____ | Purpose:_____ |
| _____ | |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | ___ Social Security |
| _X_ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ Inquest After Default/Damages Hearing | Particular Motion:_____ |
| | _____ |
| | All such motions: ____ |

* Do not check if already referred for general pretrial.

4/24/06

So ORDERED.

USDJ