UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RENATO GUIMARAES, JR.,                    Case No. 05-CV-2210(DC)

                 Plaintiff,

        -against-                           **NOTICE OF MOTION**
SPEISER, KRAUSE, NOLAN & GRANITO,
a professional corporation, f/k/a SPEISER,
KRAUSE, MADOLE & LEAR, a professional
corporation,
                 Defendant.
-----------------------------------------------------------X

PLEASE TAKE NOTICE THAT defendant, Speiser Krause Nolan & Granito "Speiser Krause" by its attorneys, Apuzzo & Chase Pursuant to Federal Rules of Civil Procedure 12 and 56 moves for entry of an Order granting Speiser Krause summary judgment and dismissing plaintiff's First Amended Complaint and on all matters before this Court.

PLEASE TAKE FURTHER NOTICE THAT responsive papers, if any are required to be served not later than October 20, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via fax and FedEx Overnight Courier 26th day of September, 2006, to:

Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd.
Suite 2800
Ft. Lauderdale, FL 33309
Tel.:  (954)735-0000
Fax.:  (954)735-3636

                          Apuzzo & Chase
                By: _____
                       David D. Chase, Esq. (DC/3349)
                       800 Third Avenue - 8th Floor
                       New York, NY 10022
                       (212) 297-0885