UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 05-CV-2210(DC)
THE HONORABLE DENNY CHIN

RENATO GUIMARAES, JR.,

    Plaintiff,

vs.

SPEISER, KRAUSE, NOLAN & GRANITO, a professional corporation f/k/a SPEISER, KRAUSE, MADOLE & LEAR, a professional corporation,

    Defendant.
_____/

## ATTORNEYS' AFFIDAVIT IN SUPPORT OF MOTION TO STRIKE

**STATE OF FLORIDA**
**COUNTY OF BROWARD**

BEFORE ME, the undersigned authority, personally appeared, RICHARD E. BERMAN, known to me personally or identified to me by proper identification, who by me first duly sworn, and upon his oath, stated to me as follows:

1.    I am a shareholder with Berman, Kean & Riguera, P.A., the attorneys for the Plaintiff in this action and thus am fully familiar with all proceedings previously held in this matter. I also attended the status conference in question which is the subject matter of Mr. Apuzzo's attorneys' affidavit of October 6, 2006.

2.    Mr. Apuzzo is mistaken. At the August 11, 2006 status conference, the Court set a date for the making of dispositive motions: supporting papers by September 22, 2006, opposition papers due October 20, 2006, and reply papers due on October 30,

Guimaraes v. Speiser Krause<br>Case No.: 05-CV-2210(DC)

2006. This schedule applied to the dispositive motions only. There was also some discussion about Speiser, Krause wanting to amend its answer. After some discussion, the Court said if you want to file your motion, file your motion. The Court did not set any special time frames with respect to same other than saying it was deemed filed that day. And indeed, it was rather clear that it would be handled in the ordinary course of business, governed by the Federal Rules of Civil Procedure and had nothing to do with the date settings for dispositive motions. The Court did not direct otherwise.

3. There can be no question that the reply was untimely. The Court has discretion to take whatever action it wishes, but it should do so with an accurate representation of the facts of what previously transpired before it. There was no mention of the time frame for the filing of a motion for leave to amend the answer or for any response or reply thereto. The Federal Rules of Civil Procedure would govern.

WHEREFORE, deponent respectfully requests that this Court strike the Defendant's reply in support of its motion to amend its answer and for such other and further relief as to the Court may seem just and proper.

_____<br>Richard E. Berman

Guimaraes v. Speiser Krause
Case No.: 05-CV-2210(DC)

SWORN AND SUBSCRIBED BEFORE ME, the undersigned authority, on this 10th day of October, 2006.

_____
Notary Public - State of Florida

LYDIA N. DELLATTO
MY COMMISSION # DD 343231
EXPIRES: November 19, 2008
Bonded Thru Notary Public Underwriters

_____
Print Name of Notary

Seal:

Personally Known _____ or Produced Identification _____
Type of Identification Produced _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Regular Mail and by Fax, this 10th day of October, 2006, to:

William J. Apuzzo, Esq.
Apuzzo & Chase, LLC
800 Third Avenue, Suite 800
New York, NY 10022

John E. Durst, Esq.
The Durst Law Firm
319 Broadway
New York, NY 10007

BERMAN, KEAN & RIGUERA, P.A.
Attorneys for Plaintiff
2101 W. Commercial Blvd., Suite 2800
Fort Lauderdale, FL 33309
Telephone: (954) 735-0000
Facsimile: (954) 735-3636

By: _____
Richard E. Berman (RB-2715)