UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 05-CV-2210(DC)
THE HONORABLE DENNY CHIN

RENATO GUIMARAES, JR.,

    Plaintiff,

vs.

SPEISER, KRAUSE, NOLAN &
GRANITO, a professional corporation f/k/a
SPEISER, KRAUSE, MADOLE & LEAR, a
professional corporation,

    Defendants.

_____/

## NOTICE OF MOTION
## FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the attached Affidavit of Richard E. Berman dated October 5, 2006, the undersigned attorneys for Plaintiff, RENATO GUIMARAES, hereby moves this Court for an Order pursuant to Local Civil Rule 1.3(c) granting admission *pro hac vice* of JOSE R. RIGUERA as counsel for Plaintiff, to argue or try this case in whole or in part as counsel. Counsel for Defendant has advised that they do not oppose this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Fax and U.S. Regular Mail, this _12_ day of October, 2006, to:

William J. Apuzzo, Esq.
Apuzzo & Chase, LLC
800 Third Avenue, Suite 800
New York, NY 10022

Guimaraes v. Speiser Krause  
Case No.: 05-CV-2210(DC)

**BERMAN, KEAN & RIGUERA, P.A.**
Attorneys for Plaintiff

By: s/ Richard E. Berman
      Richard E. Berman (RB-2715)
      2101 W. Commercial Blvd.
      Suite 2800
      Fort Lauderdale, FL 33309
      (954) 735-0000

\\Server-MS\REBData\Guimaraes, Renato\1147-001\Style\19481.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 05-CV-2210(DC)
THE HONORABLE DENNY CHIN

RENATO GUIMARAES, JR.,

    Plaintiff,

vs.

SPEISER, KRAUSE, NOLAN &
GRANITO, a professional corporation f/k/a
SPEISER, KRAUSE, MADOLE & LEAR, a
professional corporation,

    Defendants.

_____/

## AFFIDAVIT OF RICHARD E. BERMAN

STATE OF FLORIDA   )
COUNTY OF BROWARD  )

RICHARD E. BERMAN, being duly sworn, deposes and says:

1. I am a member in good standing of the Bar of the State of New York, this Honorable Court, and the firm of BERMAN, KEAN & RIGUERA, P.A., attorneys for Plaintiff in the captioned action.

2. I respectfully submit this Affidavit in support of Plaintiff's application for entry of an order pursuant to Local Civil Rule 1.3(c) admitting JOSE R. RIGUERA *pro hac vice* as counsel for Plaintiff.

3. Attached as Exhibit 1 is a Certificate of Good Standing dated September 29, 2006, issued by the Florida State Bar, regarding JOSE R. RIGUERA.

4. Mr. Riguera is a member in good standing of the United States District Courts for the

Guimaraes v. Speiser Krause
Case No.: 05-CV-2210(DC)

Southern and Middle Districts of Florida.

5. Mr. Riguera has worked with me on this case and the Plaintiff has requested that Mr. Riguera participate in the trial of this action.

6. Mr. Riguera agrees to be bound by all rules of and Orders issued by this Court in the captioned action.

7. For the foregoing reasons, I respectfully request admission *pro hac vice* of JOSE R. RIGUERA as counsel for Plaintiff in the captioned action.

_____
RICHARD E. BERMAN

Sworn to before me this
___12___ day of October, 2006

_____
Notary Public

Seal:



DEANNE L. FERRESE
MY COMMISSION # DD 444265
EXPIRES: July 8, 2009
Bonded Thru Notary Public Underwriters

\\Server-MS\REBData\Guimaraes, Renato\1147-001\Style\19483.wpd



# The Florida Bar

651 East Jefferson Street
Tallahassee, Florida 32399-2300

John F. Harkness, Jr.
Executive Director

850/561-5600
www.FLABAR.org

State of Florida   )

County of Leon   )

In Re: 860905
Jose R Riguera
Berman Kean & Riguera P A
2101 W Commercial Blvd Ste 2800
Fort Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 24, 1990.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 29th day of September, 2006.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smf1d/R10

