UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 05-CV-2210(DC)
THE HONORABLE DENNY CHIN

RENATO GUIMARAES, JR.,

   Plaintiff,

vs.

SPEISER, KRAUSE, NOLAN &
GRANITO, a professional corporation f/k/a
SPEISER, KRAUSE, MADOLE & LEAR, a
professional corporation,

   Defendants.

_____/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/06

SO ORDERED.

/s/ DC
10/27/06

## NOTICE OF MOTION
## FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the attached Affidavit of Richard E. Berman dated October 5, 2006, the undersigned attorneys for Plaintiff, RENATO GUIMARAES, hereby moves this Court for an Order pursuant to Local Civil Rule 1.3(c) granting admission *pro hac vice* of JOSE R. RIGUERA as counsel for Plaintiff, to argue or try this case in whole or in part as counsel. Counsel for Defendant has advised that they do not oppose this motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Fax and U.S. Regular Mail, this _12_ day of October, 2006, to:

William J. Apuzzo, Esq.
Apuzzo & Chase, LLC
800 Third Avenue, Suite 800
New York, NY 10022

**MEMO ENDORSED**