UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
    RENATO GUIMARAES,

              Plaintiff,

        - against -

    SPEISER, KRAUSE, NOLAN & GRANITO,
    P.C.,

              Defendant.
- - - - - - - - - - - - - - - - - -x



**ORDER**

05 Civ. 2210 (DC)

CHIN, D.J.

    Defendant's motion for summary judgment having been denied, the parties shall appear for a pretrial conference at 12 p.m. on January 26, 2007, in Courtroom 11A.

    SO ORDERED.

Dated:    New York, New York
          December 19, 2006

                               DENNY CHIN
                               United States District Judge

Returned to chambers for scanning on 12/21/06
Scanned by chambers on 12/27/06