Case 1:05-cv-02210-DC   Document 12   Filed 08/11/2006   Page 1 of 20

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RENATO GUIMARAES, JR.,

              Plaintiff,

    -against-

SPEISER, KRAUSE, NOLAN & GRANITO,
a professional corporation, f/k/a SPEISER,
KRAUSE, MADOLE & LEAR, a professional
corporation,
              Defendant.
-------------------------------------------------------X

Case No. 05-CV-2210(DC)

**NOTICE OF DEFENDANT'S MOTION TO AMEND ANSWER**

    Defendant, Speiser Krause Nolan & Granito "Speiser Krause" by its attorneys, Apuzzo & Chase Pursuant to Federal Rules of Civil Procedure 13(f) and 15(a) moves for entry of an Oder allowing it to amend and serve its First Amended Answer herein. The instant motion is accompanied by the Defendant's proposed amendment, consisting of a second counterclaim and memorandum of law.

    The undersigned counsel hereby certifies that he has conferred with counsel for Plaintiff in order to obtain their consent to the proposed amendment of the Defendant's Answer. Plaintiff's counsel have not consented to such amendment, necessitating this motion.

    WHEREFORE, Speiser Krause respectfully requests the entry of an Order allowing the Amendment of its Answer, and granting such other, further or different relief as this Court may deem just or proper.

*Motion granted per memorandum decision dated December 19, 2006.*

*SO ORDERED.*

*[signature]*
USDJ   1/23/2007