DOC # 11



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 05-CV-2210(DC)
THE HONORABLE DENNY CHIN

RENATO GUIMARAES, JR.,

    Plaintiff,

vs.

SPEISER, KRAUSE, NOLAN &
GRANITO, a professional corporation f/k/a
SPEISER, KRAUSE, MADOLE & LEAR, a
professional corporation,

    Defendant.

_____/

### PLAINTIFF RENATO GUIMARAES, JR.'S
### MOTION TO COMPEL DISCOVERY

Plaintiff, RENATO GUIMARAES, JR. ("Guimaraes"), by and through the undersigned counsel, moves for entry of an Order compelling Defendant, SPEISER, KRAUSE, NOLAN & GRANITO ("Speiser Krause"), to produce documents requested in discovery and states as grounds as follows.

1. On May 16, 2005, Plaintiff served his First Request for Production of Documents.

2. On June 14, 2005, Speiser Krause filed its Responses and Objections to Plaintiff's Request for Production of Documents.

3. In addition, during the depositions of various Speiser Krause witnesses which were conducted during October 2005, Guimaraes made several additional requests for production of documents, which Speiser Krause agreed to produce. Motion DENIED, as discovery is closed, subject to the discussion at the last conference. SO ORDERED.

8/16/06