**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

RENATO GUIMARAES, JR.,                          Case No. 05-CV-2210(DC)

                Plaintiff,

     -against-                              **NOTICE OF DEFENDANT'S**
                                        **MOTION TO AMEND ANSWER**

SPEISER, KRAUSE, NOLAN & GRANITO,
a professional corporation, f/k/a/ SPEISER,
KRAUSE, MADOLE & LEAR, a professional
corporation,

                Defendant.
--------------------------------------------------------X

     Defendant, Speiser, Krause, Nolan & Granito, ("Speiser Krause") by its attorneys,

Apuzzo & Chase, pursuant to Federal Rules of Civil Procedure 8(c) and 15(a) moves for entry of

an Order granting it permission to amend its answer to include and additional affirmative

defense.  The instant motion is accompanied by Speiser Krause's proposed Second Amended

Answer and Memorandum of Law, and Affidavit of William J. Apuzzo.

     The undersigned counsel hereby certifies that he has conferred with counsel for Plaintiff

in order to obtain their consent to the amendment of its answer.  Plaintiff's counsel have not so

consented,  necessitating the instant motion.

     WHEREFORE, Speiser Krause respectfully requests an Order granting it leave to Amend

its Answer herein, and granting such other, further or different relief as this Court may deem just,

proper, or equitable.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via overnight courier

to the following, and filed via the Court's electronic filing system this 31st day of May, 2007:


Berman, Kean & Riguera, PA
2101 W. Commercial Blvd.
Suite 2800
Ft. Lauderdale, FL 33309
Tel.: (954) 735-0000

Apuzzo & Chase

By:  _WILLIAM J. APUZZO, ESQ. (WA-1312)_
WILLIAM J. APUZZO, ESQ. (WA-1312)
800 Third Avenue - 8th Floor
New York, NY 10022
(212) 297-0885