UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                     :
RENATO GUIMARAES,                    :
                                     :
                Plaintiff,           :
                                     :
    - against -                      :         **ORDER**
                                     :
SPEISER, KRAUSE, NOLAN & GRANITO,    :         05 Civ. 2210 (DC)
P.C.                                 :
                                     :
                Defendant.           :
- - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

**CHIN, D.J.**

      Plaintiff Renato Guimaraes submitted certain documents to the Court for *in camera* review. These documents fall into three categories:

      (1) Emails, correspondence, and other notes containing substantive legal advice and strategy. (See, e.g., Email from Steven Shuman to Guimaraes dated 1/14/06). These communications are privileged.

      (2) Emails, correspondence, and other notes containing communications between attorneys and about the Brazilian clients, but which contain factual information only and do not contain legal advice or strategy. (See, e.g., Email from Shuman to Guimaraes dated 12/22/04). These communications are not privileged.

      (3) Emails, correspondence, and other notes that contain both of the above. (See, e.g., Email from Shuman to Guimaraes dated 6/17/05).

In accordance with the above, Guimaraes need not produce purely privileged documents (category one above); and it shall produce non-privileged communications (category two above). Those documents that contain both privileged and non-privileged communications (category three above) shall be redacted, and the non-privileged portions produced.

SO ORDERED.

Dated:   New York, New York
         July 9, 2007

                                    _____
                                    DENNY CHIN
                                    United States District Judge