USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

RENATO GUIMARAES,

             Plaintiff,

    - against -

SPEISER, KRAUSE, NOLAN &
GRANITO, PC,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

05 Civ. 2210 (DC)

**CHIN, D.J.**

    It having been reported to this Court that this case has been settled in principle and that consummation of the settlement depends on the conclusion of TAM claimants' nine remaining cases pending in California, IT IS HEREBY ORDERED that this case is placed on the Court's suspense calendar pending the conclusion of the nine cases in California.

    SO ORDERED.

Dated:    New York, New York
            December 4, 2007

DENNY CHIN
United States District Judge