UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
RENATO GUIMARAES,                        :

              Plaintiff,        :

      - against -                       :

SPEISER, KRAUSE, NOLAN &                 :
GRANITO, PC,
                                      :

              Defendant.        :
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/07

**ORDER**

05 Civ. 2210 (DC)

**CHIN, D.J.**

        The parties having advised the Court that this case has been settled in principle pending the outcome of other proceedings in California, and this Court having placed this matter on the suspense docket, IT IS HEREBY ORDERED that plaintiff's motion for summary judgment and defendant's motion to amend its answer are both denied without prejudice to refiling if this case is ever restored to the active docket.

        SO ORDERED.

Dated:    New York, New York
            December 5, 2007

                                            DENNY CHIN
                                            United States District Judge